REEVES ET AL. *v.* REEVES

[No. 58 (Adv.), September Term, 1975.]

*Decided August 1, 1975.*

The cause was argued before MURPHY, C. J., and SINGLEY, DIGGES, LEVINE, ELDRIDGE, and O'DONNELL, JJ.

*Richard D. Rosenthal* for James Reeves. *Carl E. Eastwick, Assistant Attorney General,* with whom was *Francis B. Burch, Attorney General,* on the brief, for Board of Supervisors of Elections of Baltimore City, other appellant.

*Harold Buchman* for appellee.

PER CURIAM ORDER

The Court having considered the bill of complaint for injunctive relief, the answer thereto, the evidence produced at the trial in support of the allegations of the bill of complaint, the opinion of the Circuit Court of Baltimore City dated July 25, 1975, the Court's Order dated July 28, 1975, and briefs and arguments of counsel, and the Court being of the view that the appellee is not entitled to any relief in this case, it is this 1st day of August, 1975

ORDERED, by the Court of Appeals of Maryland, that the Order of the Circuit Court of Baltimore City dated July 28,1975 enjoining the Board of Supervisors of Elections from certifying the candidacy of the appellant, James Reeves, and from placing his name on the ballot, be, and it is hereby, vacated and the case is remanded to the Circuit Court of Baltimore City with directions to dismiss the bill of complaint; and it is further

ORDERED that the mandate shall issue forthwith, the appellee to pay costs.